IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:14-cr-00294 MCE |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| CHRIS GARCIA, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 922(g)(1)

CJA Panel attorney Shari Rusk is hereby appointed effective December 19, 2014, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: December 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL    1