IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:14-cr-00294-MCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| CHRIS GARCIA, | ) | |
| Defendant. | ) | |

The Federal Defender specially appeared on February 3, 2020. The court has agreed to appoint a panel attorney. CJA Panel attorney Alin Cintean is hereby appointed effective February 3, 2020, the date the Office of the Federal Defender contacted him.

Dated: February 4, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE