MCGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRIS GARCIA,

Defendant.

CASE NO. 2:14-CR-00294-MCE-EFB

STIPULATION TO CONTINUE HEARING; ORDER

DATE: July 2, 2020
TIME: 10:00 a.m.
COURT: Hon. Morrison C. England, Jr.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was last before the Honorable Edmund F. Brennan of this Court on February 3, 2020 for an initial appearance concerning a Petition for Violation of Supervised Release filed on January 13, 2020.

2. At the request of defendant, the Court ordered that a status conference be set before this Court on February 13, 2020, but that status was rescheduled *sua sponte* by this Court for July 2, 2020 without objection from the government or defendant.

3. The parties now jointly request that the status conference currently scheduled for July 2, 2020 be vacated, and that an admit/deny hearing be scheduled in this matter for July 9, 2020. To the extent not already made explicit on the record, defendant by this stipulation hereby waives a preliminary

hearing concerning the above-mentioned Petition for Violation of Supervised Release.

4. In accordance with the Court's General Order No. 618, which authorizes the continuance of all criminal matters in this District, the parties now stipulate and agree to vacate the currently scheduled hearing and set an admit/deny hearing for July 9, 2020.

IT IS SO STIPULATED.

Dated: June 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ AARON D. PENNEKAMP
AARON D. PENNEKAMP
Assistant United States Attorney

Dated: June 26, 2020

/s/ ALIN CINTEAN
ALIN CINTEAN
Counsel for Defendant
CHRIS GARCIA

**ORDER**

IT IS SO ORDERED.

Dated: June 29, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE