**JENNIFER MOUZIS**
**Law Office of Jennifer Mouzis**
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
CHRIS GARCIA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CASE NO. 2:14-cr-00294-MCE-EFB-1 |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE** |
| **v.** ) | **DISPOSITIONAL HEARING.** |
| ) | |
| **CHRIS GARCIA,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Aaron D. Pennekamp and defendant, Chris Garcia, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for dispositional hearing, September 17, 2020 at 10:00 a.m., in the above-captioned matter, and to continue the dispositional hearing to December 3, 2020 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.. United States Probation Officer, Rebecca McFarland, also agrees to this change.

The last appearance on this case was August 31, 2020 where Jennifer Mouzis was substituted in as appointed counsel (ECF 83).  The reason for the continuance is that as newly appointed defense counsel, Ms. Mouzis needs time to review the file, conduct investigation and

legal research, and to confer with her client on how to proceed in this case.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 14, 2020	McGREGOR W. SCOTT
	United States Attorney

	By:	/s/ Aaron D. Pennekamp
		AARON D. PENNEKAMP
		Assistant United States Attorney

Dated: September 14, 2020	/s/ Jennifer Mouzis
	JENNIFER MOUZIS
	Attorney for Defendant
	CHRIS GARCIA

//

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  **IT IS HEREBY ORDERED** that the September 17, 2020 disposition hearing shall be continued until December 3, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  September 15, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE