

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00294-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| CHRIS GARCIA, | |
| Defendant. | |

TO:  THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release **CHRIS GARCIA** in case number 2:14-cr-00294-MCE, from custody for the following reason(s):

|   |   |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ |
| _____ | Unsecured Appearance Bond |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __X__ | Other:  Pursuant to the Court's sentence of TIME SERVED. |

Issued at Sacramento, California on December 3, 2020 at 12:14 p.m.

Dated:  December 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE